986 A.2d 677

IN THE MATTER OF JOSEPH J. DOCHNEY,
AN ATTORNEY AT LAW.

January 22, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–153, concluding that **JOSEPH J. DOCHNEY** of **TOMS RIVER,** who was admitted to the bar of this State in 1981, should be reprimanded for his violations of *RPC* 1.9(c)(1) (an attorney shall not use information obtained during the representation of a former client to that client's disadvantage), and good cause appearing;

It is ORDERED that **JOSEPH J. DOCHNEY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.